AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

TODD LOWE, et al.,

      Plaintiffs,

V.

WASHOE COUNTY, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-CV-00217-KJD-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss (#11) is **GRANTED**.

  March 25, 2009                                **LANCE S. WILSON**
                                                                                 Clerk

                                                                             /s/ D. R. Morgan
                                                                            Deputy Clerk